1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | QIANA STAR MOORE,                          )   Case No. EDCV 14-00241 AN
                                              )
12 |         Plaintiff,                        )   JUDGMENT
                                              )
13 |     v.                                    )
                                              )
14 | CAROLYN W. COLVIN, ACTING                 )
   | COMMISSIONER OF THE SOCIAL                )
15 | SECURITY ADMINISTRATION,                  )
                                              )
16 |         Defendant.                        )
                                              )

17

18      For the reasons set forth in the accompanying memorandum and order, it is hereby

19 ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the

20 case for further proceedings is GRANTED; (2) the Commissioner's request for an order

21 affirming the Commissioner's final decision and dismissing the action is DENIED; and

22 (3) judgment is hereby entered in Plaintiff's favor.

23 DATED:     October 29, 2014                _____
24                                             ARTHUR NAKAZATO
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28