~~Brian C. Shapiro~~
~~Attorney at Law: 192789~~
~~Law Offices of Lawrence D. Rohlfing~~
~~12631 East Imperial Highway, Suite C-115~~
~~Santa Fe Springs, CA 90670~~
~~Tel.: (562)868-5886~~
~~Fax: (562)868-8868~~
~~E-mail: rohlfing.office@rohlfinglaw.com~~

~~Attorneys for Plaintiff~~
~~Qiana Star Moore~~

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANA STAR MOORE, | Case No.: 5:14-cv-00241 AN |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: December 2, 2014

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Brian C. Shapiro*
   _____

4  Brian C. Shapiro
   Attorney for plaintiff Qiana Star Moore